UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Tania M. Fredricks,<br><br>　　Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　Defendant. | 4:21-cv-04087-VLD<br><br>**ORDER** |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is hereby

ORDERED that Steven R. Pfeiffer is awarded attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 18,922.45 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $7,123.20 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $ 11,799.25 due to counsel.

Dated this 2d day of October, 2023.

_Veronica L. Duffy_
VERONICA L. DUFFY
United States Magistrate Judge